UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CR495-00123-024
)
Jesse Edwards )

## ORDER

On November 16, 2009, this case was before the Court for a revocation hearing, pursuant to Federal Rule of Criminal Procedure 32.1(a)(2).

At the hearing, the defendant stipulated that he had violated the terms and conditions of his supervised release by failing to report as directed, failing to submit written monthly reports, and failing to notify the probation officer within 72 hours of any change in residence or employment. Although the Court finds that the defendant, Jesse Edwards, has violated the terms and conditions of his supervised release, the Court has decided not to revoke his supervised release at this time. The Court finds that it is hard to believe that the defendant has been in Savannah the entire time the warrant was active and could not be located. The Court directs that the term of supervised release is reimposed in full with the following special conditions:

1. The defendant shall participate in a program of treatment for drug and alcohol abuse. The costs of treatment shall be paid by the defendant in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.

2. The defendant shall participate in a program of testing for drug and alcohol abuse.

All other conditions imposed by this Court on December 20, 1995, shall remain in full force and effect.

SO ORDERED this 18th day of November 2009.

William T. Moore, Jr.
Chief Judge, U.S. District Court